## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AMERICAN BUSINESS FINANCIAL | ) | Case No. 05-10203 (MFW) |
| SERVICES, INC., *et al.*[1], | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| George L. Miller, Chapter 7 Trustee for | ) | |
| the Bankruptcy Estates of American | ) | |
| Business Financial Services, Inc., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 07-50132 (KG) |
| | ) | |
| v. | ) | |
| | ) | |
| Rose Piccolo, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | **Objection Deadline:  August 9, 2007** |
| _____ | ) | |

## DEFENDANT'S MOTION
## TO WITHDRAW THE REFERENCE

For the reasons in the attached memorandum of law, defendant requests that the District

Court withdraw the reference of the above-captioned adversary proceeding pursuant to 28 U.S.C.

§ 157(d).

DATED:  July 27, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:    loizides@loizides.com

*Counsel for Rose Piccolo*

---

[1] On January 21, 2005, American Business Financial Services, Inc. filed Case No. 05-10203, Tiger Relocation Company filed Case No. 05-10204, American Business Credit, Inc. filed Case No. 05-10206, Home American Credit, Inc. filed Case No. 05-10207, and American Business Mortgage Services, Inc. filed Case No. 05-10208 (hereinafter referred to as the "Debtors" herein). ABFS Consolidated Holdings, Inc. filed a petition on January 24, 2005.  Based on information and belief, none of the Transfers at issue herein were made by ABFS Consolidated Holdings, Inc.

070716133603.DOCX

**EXHIBIT A – PROPOSED ORDER**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AMERICAN BUSINESS FINANCIAL SERVICES, INC., *et al.*,[1] | ) | Case No. 05-10203 (MFW) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| George L. Miller, Chapter 7 Trustee for the Bankruptcy Estates of American Business Financial Services, Inc., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 07-50132 (KG) |
| v. | ) | |
| | ) | |
| Rose Piccolo, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | **Objection Deadline:  August 9, 2007** |
| _____ | ) | |

## ORDER GRANTING DEFENDANT'S
## <u>MOTION TO WITHDRAW THE REFERENCE</u>

Upon Defendant's Motion to Withdraw the Reference (adv. docket no. _____, the "Motion") being duly considered on this _____ day of _____, 2007;

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is **GRANTED**.

2.      The reference of the above-captioned adversary proceeding is hereby withdrawn pursuant to 28 U.S.C. § 157(d).

**SO ORDERED** this _____ day of _____, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

---

[1] On January 21, 2005, American Business Financial Services, Inc. filed Case No. 05-10203, Tiger Relocation Company filed Case No. 05-10204, American Business Credit, Inc. filed Case No. 05-10206, Home American Credit, Inc. filed Case No. 05-10207, and American Business Mortgage Services, Inc. filed Case No. 05-10208 (hereinafter referred to as the "Debtors" herein). ABFS Consolidated Holdings, Inc. filed a petition on January 24, 2005.  Based on information and belief, none of the Transfers at issue herein were made by ABFS Consolidated Holdings, Inc.

070716133603.DOCX

## TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE
## U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:07-50132-(KG)**
**Related Bankruptcy Case #:05-10203-(KG)**
**District Court Civil Action#:**

**Deputy Clerk Transferring Case:**          Barbara M. Torres

**Case Type:**                              (Adversary)

**Nature of Suit:**                         (547- Recover Money or Property)

**Cause of Transmittal:**                   (i.e. Order dated _____, Withdrawing the
                                            Reference to the U.S. District Court)

**Parties:**                                George L. Miller, Ch. 7 Trustee for the Bankruptcy
                                            Estates of American Business Financial Services,
                                            Inc., et al. vs. Rose Piccolo

**Plaintiff's Counsel:**                    John T. Carroll, III

                                            Cozen O'Connor

                                            1201 North Market Street, Suite 1400
                                            Wilmington, DE 19801

                                            302-295-2028

                                            jcarroll@cozen.com

**Defendant's Counsel:**                    **Christopher D. Loizides**

                                            Loizides & Associates

                                            1225 King Street, Suite 800

                                            Wilmington, DE 19801

                                            302-654-0248

                                            ecf.admin@loizides.com

revised: 10/20/03

C:\Documents and Settings\barbarag\My Documents\TRANSWTH.wpd

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

DAVID D. BIRD
CLERK OF COURT

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2900

Date:    August 15, 2007

To:    Clerk of Court
       U.S. District Court
       District of Delaware
       Wilmington, DE 19801

Re:    Adversary Case No.: 07-50132-(KG)
       Related BK Case No.: 05-10203-(KG)


On July 27, 2007, a Motion to Withdraw the Reference to U.S.D.C. for the District of Delaware was filed in the above-mentioned case. Enclosed is a Certified Copy of the Docket Sheet, a Transmittal Sheet, and the Motion to Withdraw the Reference with any related documents for the above-mentioned case.

Please acknowledge receipt of the above transferred record by completing the information below.

Sincerely,

*Barbara M Torres*

Barbara M. Torres, Deputy Clerk

I hereby acknowledge receipt of the above transferred record this _____ day of _____ 2007.


By: _____
       Deputy Clerk


       _____
                  Supervisor


C:\Documents and Settings\barbarag\My Documents\TRANSMIT.wpd